# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fuller, Mark E. | USDC-ALMD | 12/11/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>08/01/2015 |

**7. Chambers or Office Address**

Montgomery, AL 36104

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/11/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America, N.A., Atlanta, Georgia | Revolving Line of Credit | P1 |
| 2. | ServisFirst | Line of Credit | L |
| 3. | Merrill Lynch | Call SPXQ | None |
| 4. | Merrill Lynch | PUT SPXQ | None |
| 5. | Merrill Lynch | Call SPXW | J |
| 6. | Merrill Lynch | Put SPXW | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Doss of Alabama, Inc./Aureus Aviation, Inc. | G | Distribution | P1 | U | | | | | |
| 2.  IRA #1 Mark Everett Fuller | A | Dividend | K | T | | | | | |
| 3.  - Wells Fargo Bank Deposit | | | | | | | | | |
| 4.  - Conagra Foods, Inc. | | | | | | | | | |
| 5.  - Lo Jack Corporation | | | | | | | | | |
| 6.  - Unilever | | | | | | | | | |
| 7.  Mark E. Fuller Custodian Minors Act -- ▮ | B | Dividend | | | Sold | 07/27/15 | L | | |
| 8.  - Conagra Foods, Inc. | | | | | | | | | |
| 9.  - Wells Fargo Bank Deposit | | | | | | | | | |
| 10. New York Life ▮ Whole Life Policy | A | Dividend | J | T | | | | | |
| 11. Northwestern Mutual Life - Whole Life Policy | C | Dividend | L | T | | | | | |
| 12. New York Life - Whole Life Policy | A | Dividend | K | T | | | | | |
| 13. Regions Bank Account | A | Interest | K | T | | | | | |
| 14. ServisFirst Bank Accounts | A | Interest | J | T | | | | | |
| 15. (Y) ServisFirst Bank Account | | | | | | | | | |
| 16. ServisFirst Bank | | None | | | Merged (with line 611) | 07/01/14 | N | | |
| 17. CB&T Bank Account | | None | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Fuller, Mark E. | 12/11/2015 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Rental Prop, Enterprise, AL (2014 County Tax Asses $260,850) | | None | N | S | | | | | |
| 19. Parcel 2, Panama City Beach, FL($126,972 Tax Assmt 2014) | | None | M | S | | | | | |
| 20. Comm Prop, Enterprise, AL (Tax Assessment $92,890 2013) | D | Rent | L | S | | | | | |
| 21. Pinehurst, LLC | G | Distribution | N | U | | | | | |
| 22. (Y)Lot-Montgomery, Alabama ($125,000 tax assessment 2012) | | | | | | | | | |
| 23. (Y)Real Estate - Montgomery | | | | | | | | | |
| 24. (Y) 401(K) Account | | | | | | | | | |
| 25. Note Receivable - Karen Smith | E | Interest | N | U | | | | | |
| 26. Merrill Lynch Cash #1 | A | Interest | K | T | | | | | |
| 27. Merrill Lynch Cash #2 | | None | J | T | | | | | |
| 28. Automatic Data Proc | A | Dividend | K | T | Buy (add'l) | 03/04/14 | J | | |
| 29. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 30. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 31. | | | | | Buy (add'l) | 01/05/15 | J | | |
| 32. | | | | | Buy (add'l) | 02/03/15 | J | | |
| 33. | | | | | Buy (add'l) | 04/02/15 | J | | |
| 34. | | | | | Buy (add'l) | 07/27/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 06/25/15 | J | | |
| 36. | | | | | Sold (part) | 03/03/15 | J | | |
| 37. | | | | | Sold (part) | 12/02/14 | J | B | |
| 38. Baxter Interntl Inc | A | Dividend | | | Sold (part) | 06/03/14 | J | | |
| 39. | | | | | Buy (add'l) | 05/02/14 | J | | |
| 40. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 41. | | | | | Sold (part) | 08/05/14 | J | A | |
| 42. | | | | | Sold | 11/04/14 | J | | |
| 43. Boeing Company | | None | | | Buy | 03/03/15 | K | | |
| 44. | | | | | Sold | 05/04/15 | K | | |
| 45. CSX Corp | A | Dividend | | | Buy (add'l) | 03/04/14 | J | | |
| 46. | | | | | Sold (part) | 02/04/14 | J | A | |
| 47. | | | | | Sold (part) | 04/02/14 | J | A | |
| 48. | | | | | Sold (part) | 05/02/14 | J | A | |
| 49. | | | | | Sold (part) | 06/03/14 | J | A | |
| 50. | | | | | Sold | 11/04/14 | J | B | |
| 51. | | | | | Sold | 11/04/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. C.H. Robinson Worldwide | A | Dividend | K | T | Buy (add'l) | 02/03/15 | J | | |
| 53. | | | | | Buy (add'l) | 04/02/15 | J | | |
| 54. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 55. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 56. | | | | | Buy | 08/05/14 | J | | |
| 57. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 58. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 59. | | | | | Sold (part) | 01/05/15 | K | A | |
| 60. | | | | | Sold (part) | 03/03/15 | J | A | |
| 61. | | | | | Sold (part) | 06/25/15 | J | | |
| 62. | | | | | Sold (part) | 12/02/14 | J | A | |
| 63. CDK Global Inc Shs | | None | | | Buy | 03/04/14 | J | | |
| 64. | | | | | Sold (part) | 10/10/14 | J | | |
| 65. | | | | | Sold | 11/04/14 | J | A | |
| 66. | | | | | Sold | 11/04/14 | J | A | |
| 67. Chemour Co Shs | | None | | | Buy | 06/02/15 | J | | |
| 68. | | | | | Sold | 07/02/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Fuller, Mark E. | 12/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Cummins Inc | A | Dividend | K | T | Buy | 03/03/15 | J | | |
| 70. | | | | | Buy (add'l) | 04/02/15 | J | | |
| 71. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 72. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 73. | | | | | Sold (part) | 06/25/15 | J | | |
| 74. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 75. | | | | | Sold (part) | 11/04/14 | J | A | |
| 76. Dover Comp | A | Dividend | K | T | Buy | 11/04/14 | J | | |
| 77. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 78. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 79. | | | | | Buy (add'l) | 12/04/14 | J | | |
| 80. | | | | | Buy (add'l) | 01/05/15 | J | | |
| 81. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 82. | | | | | Sold (part) | 03/03/15 | J | | |
| 83. | | | | | Sold (part) | 06/02/15 | J | | |
| 84. | | | | | Sold (part) | 06/03/15 | J | | |
| 85. | | | | | Sold (part) | 06/04/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 06/25/15 | J | | |
| 87. Du Pont E I De Nemours | A | Dividend | | | Buy (add'l) | 02/04/14 | J | | |
| 88. | | | | | Sold (part) | 04/02/14 | J | A | |
| 89. | | | | | Sold (part) | 05/02/14 | J | A | |
| 90. | | | | | Sold (part) | 06/03/14 | J | A | |
| 91. | | | | | Sold (part) | 08/05/14 | J | A | |
| 92. | | | | | Sold (part) | 10/02/14 | J | A | |
| 93. | | | | | Sold (part) | 12/02/14 | J | A | |
| 94. | | | | | Sold | 07/08/15 | K | A | |
| 95. Exxon Mobil Corp | B | Dividend | K | T | Buy (add'l) | 10/02/14 | J | | |
| 96. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 97. | | | | | Buy (add'l) | 01/05/15 | J | | |
| 98. | | | | | Buy (add'l) | 04/02/15 | J | | |
| 99. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 100. | | | | | Sold (part) | 06/25/15 | J | | |
| 101. | | | | | Sold (part) | 06/02/15 | J | | |
| 102. | | | | | Sold (part) | 03/03/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 10 of 54

**Name of Person Reporting**

Fuller, Mark E.

**Date of Report**

12/11/2015

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 08/05/14 | J | A | |
| 104. Emerson Elec Co | A | Dividend | | | Sold (part) | 08/05/14 | J | B | |
| 105. | | | | | Sold | 02/03/15 | K | | |
| 106. Genuine Parts Co | A | Dividend | | | Sold (part) | 02/04/14 | J | | |
| 107. | | | | | Sold (part) | 04/02/14 | J | A | |
| 108. | | | | | Sold (part) | 05/02/14 | J | A | |
| 109. | | | | | Sold (part) | 06/03/14 | J | A | |
| 110. | | | | | Sold (part) | 12/02/14 | J | A | |
| 111. | | | | | Sold | 02/03/15 | K | B | |
| 112. Genl Dynamics Corp Com | A | Dividend | | | Buy (add'l) | 02/04/14 | K | | |
| 113. | | | | | Buy (add'l) | 03/04/14 | J | | |
| 114. | | | | | Sold (part) | 04/02/14 | J | A | |
| 115. | | | | | Sold (part) | 05/02/14 | J | A | |
| 116. | | | | | Sold (part) | 06/03/14 | J | A | |
| 117. | | | | | Sold (part) | 08/05/14 | J | A | |
| 118. | | | | | Sold | 10/02/14 | J | B | |
| 119. Johnson and Johnson Com | A | Dividend | K | T | Buy (add'l) | 03/04/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 01/05/15 | J | | |
| 121. | | | | | Buy (add'l) | 02/03/15 | J | | |
| 122. | | | | | Buy (add'l) | 04/02/15 | J | | |
| 123. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 124. | | | | | Sold (part) | 06/25/15 | J | | |
| 125. | | | | | Sold (part) | 06/02/15 | J | | |
| 126. | | | | | Sold (part) | 04/28/15 | J | | |
| 127. | | | | | Sold (part) | 03/03/15 | J | | |
| 128. | | | | | Sold (part) | 02/04/14 | J | A | |
| 129. | | | | | Sold (part) | 10/02/14 | J | B | |
| 130. Linear Technology Corp | A | Dividend | K | T | Buy (add'l) | 04/02/14 | J | | |
| 131. | | | | | Buy (add'l) | 04/03/14 | J | | |
| 132. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 133. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 134. | | | | | Buy (add'l) | 07/06/15 | J | | |
| 135. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 136. | | | | | Buy (add'l) | 07/08/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 138. | | | | | Sold (part) | 06/25/15 | J | A | |
| 139. | | | | | Sold (part) | 06/04/15 | J | A | |
| 140. | | | | | Sold (part) | 06/03/15 | J | A | |
| 141. | | | | | Sold (part) | 06/02/15 | J | A | |
| 142. | | | | | Sold (part) | 03/03/15 | J | B | |
| 143. | | | | | Sold (part) | 12/02/14 | J | B | |
| 144. McDonalds Corp Common | A | Dividend | | | Buy (add'l) | 03/04/14 | J | | |
| 145. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 146. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 147. | | | | | Sold | 12/02/14 | J | | |
| 148. | | | | | Sold | 12/02/14 | J | B | |
| 149. Medtronic Inc Com | | None | | | Buy | 01/03/14 | K | | |
| 150. | | | | | Sold | 02/04/14 | K | | |
| 151. Microsoft Corp | A | Dividend | | | Buy (add'l) | 08/05/14 | J | | |
| 152. | | | | | Sold | 10/02/14 | J | A | |
| 153. Norfolk Southern Corp | A | Dividend | K | T | Buy | 02/04/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 03/04/14 | J | | |
| 155. | | | | | Buy (add'l) | 01/05/15 | J | | |
| 156. | | | | | Buy (add'l) | 02/03/15 | J | | |
| 157. | | | | | Buy (add'l) | 04/02/15 | J | | |
| 158. | | | | | Buy (add'l) | 05/04/15 | J | | |
| 159. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 160. | | | | | Sold (part) | 06/25/15 | J | | |
| 161. | | | | | Sold (part) | 03/03/15 | J | A | |
| 162. | | | | | Buy (add'l) | 02/04/14 | J | | |
| 163. | | | | | Sold (part) | 04/02/14 | J | A | |
| 164. | | | | | Sold (part) | 05/02/14 | J | A | |
| 165. | | | | | Sold (part) | 06/03/14 | J | A | |
| 166. | | | | | Sold (part) | 08/05/14 | J | A | |
| 167. | | | | | Sold (part) | 10/02/14 | J | A | |
| 168. Northrop Grumman Corp | A | Dividend | | | Sold | 01/05/15 | K | C | |
| 169. | | | | | Sold (part) | 02/04/14 | J | A | |
| 170. | | | | | Sold (part) | 04/02/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 05/02/14 | J | A | |
| 172. | | | | | Sold (part) | 06/03/14 | J | A | |
| 173. | | | | | Sold (part) | 08/05/14 | J | A | |
| 174. Paychex Inc | B | Dividend | K | T | Buy (add'l) | 03/04/14 | J | | |
| 175. | | | | | Buy (add'l) | 01/05/15 | J | | |
| 176. | | | | | Buy (add'l) | 02/03/15 | J | | |
| 177. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 178. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 179. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 180. | | | | | Sold (part) | 06/25/15 | J | A | |
| 181. | | | | | Sold (part) | 06/03/15 | J | | |
| 182. | | | | | Sold (part) | 06/02/15 | J | | |
| 183. | | | | | Sold (part) | 04/28/15 | J | A | |
| 184. | | | | | Sold (part) | 03/03/15 | J | B | |
| 185. | | | | | Sold (part) | 10/02/14 | J | B | |
| 186. Procter & Gamble | B | Dividend | K | T | Buy (add'l) | 03/04/14 | J | | |
| 187. | | | | | Buy (add'l) | 02/03/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 04/02/15 | J | | |
| 189. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 190. | | | | | Sold (part) | 06/25/15 | J | | |
| 191. | | | | | Sold (part) | 06/02/15 | J | | |
| 192. | | | | | Sold (part) | 03/03/15 | J | A | |
| 193. | | | | | Sold (part) | 02/04/14 | J | | |
| 194. | | | | | Sold (part) | 04/02/14 | J | A | |
| 195. | | | | | Sold (part) | 10/02/14 | J | A | |
| 196. Qualcomm Inc | A | Dividend | K | T | Buy (add'l) | 12/02/14 | J | | |
| 197. | | | | | Buy (add'l) | 01/01/15 | J | | |
| 198. | | | | | Buy (add'l) | 04/02/15 | J | | |
| 199. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 200. | | | | | Sold (part) | 06/25/15 | J | | |
| 201. | | | | | Sold (part) | 06/02/15 | J | | |
| 202. | | | | | Sold (part) | 03/03/15 | J | | |
| 203. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 204. | | | | | Buy (add'l) | 10/02/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 11/04/14 | J | A | |
| 206. Quest Diagnostics | A | Dividend | | | Buy (add'l) | 06/03/14 | J | | |
| 207. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 208. | | | | | Sold (part) | 08/05/14 | J | A | |
| 209. | | | | | Sold | 11/04/14 | J | A | |
| 210. Raytheon Co Delaware New | A | Dividend | K | T | Buy (add'l) | 03/04/14 | J | | |
| 211. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 212. | | | | | Buy (add'l) | 02/03/15 | J | | |
| 213. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 214. | | | | | Sold (part) | 06/25/15 | J | | |
| 215. | | | | | Sold (part) | 06/03/15 | J | | |
| 216. | | | | | Sold (part) | 06/02/15 | J | | |
| 217. | | | | | Sold (part) | 04/28/15 | J | A | |
| 218. | | | | | Sold (part) | 03/03/15 | J | A | |
| 219. | | | | | Sold (part) | 02/04/14 | J | A | |
| 220. | | | | | Sold (part) | 04/02/14 | J | A | |
| 221. | | | | | Sold (part) | 05/02/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/11/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 06/03/14 | J | A | |
| 223. | | | | | Sold (part) | 10/02/14 | J | A | |
| 224.  3 M Company | A | Dividend | K | T | Buy | 05/02/14 | J | | |
| 225. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 226. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 227. | | | | | Sold (part) | 06/25/15 | J | | |
| 228. | | | | | Sold (part) | 06/03/15 | J | | |
| 229. | | | | | Sold (part) | 06/02/15 | J | | |
| 230. | | | | | Sold (part) | 03/03/15 | J | A | |
| 231. | | | | | Buy (add'l) | 02/04/14 | K | | |
| 232. | | | | | Buy (add'l) | 05/02/14 | J | | |
| 233. | | | | | Sold (part) | 03/04/14 | K | A | |
| 234. | | | | | Sold (part) | 06/03/14 | J | A | |
| 235. | | | | | Sold (part) | 08/05/14 | J | A | |
| 236. | | | | | Sold (part) | 12/02/14 | J | A | |
| 237.  Union Pacific | A | Dividend | K | T | Buy | 06/02/15 | J | | |
| 238. | | | | | Buy | 06/03/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy | 07/27/15 | J | | |
| 240. | | | | | Sold (part) | 06/25/15 | J | | |
| 241. United Techs Corp Com | A | Dividend | K | T | Buy (add'l) | 06/03/14 | J | | |
| 242. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 243. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 244. | | | | | Buy (add'l) | 01/05/15 | J | | |
| 245. | | | | | Buy (add'l) | 04/02/15 | J | | |
| 246. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 247. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 248. | | | | | Sold (part) | 06/25/15 | J | | |
| 249. | | | | | Sold (part) | 06/02/15 | J | | |
| 250. | | | | | Sold (part) | 03/03/15 | J | A | |
| 251. | | | | | Buy (add'l) | 04/02/14 | K | | |
| 252. | | | | | Sold (part) | 02/04/14 | K | C | |
| 253. | | | | | Sold (part) | 05/02/14 | K | | |
| 254. | | | | | Sold (part) | 08/05/14 | J | | |
| 255. Wal-Mart Stores | A | Dividend | K | T | Buy (add'l) | 03/04/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/11/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 257. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 258. | | | | | Sold (part) | 06/25/15 | J | | |
| 259. | | | | | Sold (part) | 06/02/15 | J | | |
| 260. | | | | | Sold (part) | 03/03/15 | J | A | |
| 261. | | | | | Sold (part) | 12/02/14 | J | A | |
| 262. Merrill Lynch Bank Deposit #3 | A | Interest | K | T | | | | | |
| 263. Merrill Lynch Bank Deposit #4 | A | Interest | J | T | | | | | |
| 264. Artisan International | A | Dividend | L | T | Sold (part) | 10/01/14 | J | A | |
| 265. | | | | | Sold (part) | 02/17/15 | J | B | |
| 266. Harbor International | B | Dividend | L | T | Sold (part) | 10/01/14 | J | A | |
| 267. | | | | | Sold (part) | 02/17/15 | J | A | |
| 268. iShares Msci Eafe | B | Dividend | K | T | Sold (part) | 10/01/14 | J | A | |
| 269. | | | | | Sold (part) | 02/17/15 | J | A | |
| 270. MFS International Value | C | Dividend | L | T | Sold (part) | 10/01/14 | J | A | |
| 271. | | | | | Sold (part) | 02/17/15 | J | A | |
| 272. Oppenheimer International | B | Dividend | K | T | Sold (part) | 10/01/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 02/17/15 | J | A | |
| 274. WHV International Equity | A | Dividend | K | T | Sold (part) | 10/01/14 | J | A | |
| 275. | | | | | Sold (part) | 02/17/15 | J | | |
| 276. Merrill Lynch Bank Deposit Program #5 | A | Interest | J | T | | | | | |
| 277. ABRAAJ Growth Markets | | None | L | T | Buy | 02/09/15 | L | | |
| 278. Partners Group Private | D | Int./Div. | N | T | | | | | |
| 279. Skybridge Multi-Adviser Hedge Fund Portfolios, LLC | E | Dividend | N | T | | | | | |
| 280. Skybridge Multi-Adviser | | None | J | T | | | | | |
| 281. (Y)Call Spar O MLBWSPAR Indx | | | | | | | | | |
| 282. Merrill Lynch Bank Deposit #6 | | None | K | T | | | | | |
| 283. Montpelier Re Holdings | A | Dividend | | | Sold | 05/05/15 | J | | |
| 284. Morgan Stanley Cap VIII | A | Interest | | | Sold | 04/29/15 | J | A | |
| 285. Albemarle Corp | A | Dividend | J | T | Sold (part) | 04/30/15 | K | | |
| 286. Altria Group Inc | B | Dividend | K | T | Sold (part) | 10/10/14 | J | C | |
| 287. | | | | | Sold (part) | 07/09/15 | J | B | |
| 288. Blackrock Inc | B | Dividend | K | T | Buy (add'l) | 01/15/14 | J | | |
| 289. | | | | | Sold (part) | 09/30/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 03/24/15 | J | C | |
| 291. Bristol-Myers Squibb Co | A | Dividend | J | T | Sold (part) | 01/15/14 | J | C | |
| 292. | | | | | Sold (part) | 07/09/15 | J | C | |
| 293. CA, Inc. | A | Dividend | K | T | Buy | 01/05/15 | K | | |
| 294. Chevron Corp | B | Dividend | J | T | Sold (part) | 09/30/14 | J | A | |
| 295. | | | | | Sold (part) | 03/24/15 | J | | |
| 296. Cinn Fincl Crp Ohio | B | Dividend | J | T | Sold (part) | 07/09/15 | J | B | |
| 297. Cisco Systems Inc | A | Dividend | J | T | Sold (part) | 01/15/14 | J | A | |
| 298. | | | | | Sold (part) | 07/09/15 | J | B | |
| 299. Coca Cola Com | A | Dividend | J | T | Sold (part) | 10/10/14 | J | B | |
| 300. | | | | | Sold (part) | 07/09/15 | J | A | |
| 301. Communication Sales and Leasing | A | Dividend | J | T | Buy | 07/09/14 | J | | |
| 302. Conocophillips | B | Dividend | J | T | Buy (add'l) | 07/01/14 | J | | |
| 303. | | | | | Sold (part) | 07/09/15 | J | A | |
| 304. Dominion Res Inc New Va | A | Dividend | J | T | Sold (part) | 09/30/14 | J | A | |
| 305. | | | | | Sold (part) | 07/09/15 | J | C | |
| 306. Duke Energy Corp New | A | Dividend | J | T | Sold (part) | 09/30/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 07/09/15 | J | B | |
| 308. Eli Lilly & Co | A | Dividend | J | T | Buy | 01/15/14 | J | | |
| 309. | | | | | Sold (part) | 09/30/14 | J | A | |
| 310. | | | | | Sold (part) | 07/09/15 | J | C | |
| 311. Federated Investrs B | B | Dividend | K | T | Sold (part) | 07/09/15 | J | C | |
| 312. General Electric | A | Dividend | K | T | Buy | 05/01/15 | K | | |
| 313. | | | | | Sold (part) | 07/09/15 | J | | |
| 314. Hasbro Inc Com | B | Dividend | K | T | Sold (part) | 10/10/14 | J | A | |
| 315. | | | | | Sold (part) | 07/09/15 | J | D | |
| 316. Hatteras Finl Corp | | None | | | Sold | 01/29/14 | J | A | |
| 317. Intel Corp | B | Dividend | K | T | Buy (add'l) | 07/01/14 | J | | |
| 318. | | | | | Sold (part) | 09/30/14 | J | A | |
| 319. | | | | | Sold (part) | 04/30/15 | J | B | |
| 320. Johnson and Johnson Com | A | Dividend | | | Sold | 06/30/14 | J | C | |
| 321. Kinder Morgan Management | B | Dividend | K | T | Buy (add'l) | 01/29/14 | J | | |
| 322. | | | | | Sold (part) | 09/30/14 | J | C | |
| 323. | | | | | Sold (part) | 03/24/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/11/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Lorillard Inc | B | Dividend | | | Sold (part) | 10/10/14 | J | A | |
| 325. | | | | | Sold | 06/12/15 | K | D | |
| 326. Lowe's Companies Inc | A | Dividend | K | T | Sold (part) | 10/10/14 | J | B | |
| 327. | | | | | Sold (part) | 03/24/15 | J | C | |
| 328. Meadwestvaco Corp | | None | | | Sold | 01/28/14 | J | C | |
| 329. Microsoft Corp | A | Dividend | J | T | Sold (part) | 09/30/14 | J | A | |
| 330. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 331. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 332. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 333. | | | | | Sold (part) | 07/09/15 | K | B | |
| 334. Newmarket Corp | A | Dividend | J | T | Sold (part) | 09/30/14 | J | B | |
| 335. | | | | | Sold (part) | 07/09/15 | J | D | |
| 336. Paychex Inc | A | Dividend | J | T | Sold (part) | 09/30/14 | J | A | |
| 337. | | | | | Sold (part) | 07/09/15 | J | B | |
| 338. Philip Morris Intl Inc | A | Dividend | | | Sold (part) | 09/30/14 | J | A | |
| 339. | | | | | Sold | 01/13/15 | J | | |
| 340. Reynolds American Inc | B | Dividend | K | T | Buy (add'l) | 06/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 09/30/14 | J | A | |
| 342. | | | | | Sold (part) | 07/09/15 | J | C | |
| 343. The Mosaic Company | A | Dividend | J | T | Buy | 01/28/14 | J | | |
| 344. | | | | | Buy (add'l) | 06/25/15 | J | | |
| 345. | | | | | Sold (part) | 07/09/15 | J | A | |
| 346. Verizon Communicatns Com | B | Dividend | J | T | Sold (part) | 09/30/14 | J | A | |
| 347. | | | | | Sold (part) | 07/09/15 | J | A | |
| 348. Wells Fargo & Co New Del | B | Dividend | K | T | Sold (part) | 09/30/14 | J | B | |
| 349. | | | | | Sold (part) | 07/09/15 | J | C | |
| 350. Windstream Holdings Inc Shs | A | Dividend | | | Sold (part) | 09/30/14 | J | A | |
| 351. | | | | | Buy | 07/01/14 | J | | |
| 352. | | | | | Sold | 06/30/15 | J | | |
| 353. | | | | | Buy (add'l) | 07/02/14 | J | | |
| 354. | | | | | Sold (part) | 02/18/15 | J | | |
| 355. Vornado Realty Trust | A | Dividend | | | Sold | 05/18/15 | J | | |
| 356. Carnival Corp Paired Shs | A | Dividend | K | T | Sold (part) | 09/30/14 | J | A | |
| 357. | | | | | Sold (part) | 07/09/15 | J | B | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/11/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Corning Inc | A | Dividend | J | T | Sold (part) | 09/30/14 | J | A | |
| 359. | | | | | Sold (part) | 03/24/15 | J | C | |
| 360. Corrections Corp of Amer | B | Dividend | J | T | Sold (part) | 09/30/14 | J | | |
| 361. | | | | | Sold (part) | 03/24/15 | J | A | |
| 362. Genl Dynamics Corp Com | A | Dividend | K | T | Sold (part) | 09/30/14 | J | A | |
| 363. | | | | | Sold (part) | 07/09/15 | J | C | |
| 364. Merrill Lynch Bank Deposit #7 | A | Interest | K | T | | | | | |
| 365. ABB Ltd | A | Dividend | J | T | Buy (add'l) | 01/02/15 | J | | |
| 366. | | | | | Sold (part) | 05/28/14 | J | A | |
| 367. | | | | | Sold (part) | 03/03/15 | J | A | |
| 368. Alstom | | None | | | Sold | 06/27/14 | J | | |
| 369. Asseco Poland SA SP ADR | A | Dividend | J | T | Sold (part) | 10/10/14 | J | | |
| 370. | | | | | Sold (part) | 02/02/15 | J | | |
| 371. Astrazeneca Plc Spnd Adr | A | Dividend | J | T | Buy (add'l) | 01/05/15 | J | | |
| 372. | | | | | Sold (part) | 10/10/14 | J | A | |
| 373. | | | | | Sold (part) | 02/18/15 | J | A | |
| 374. BAE Systems Plc | A | Dividend | J | T | Buy (add'l) | 05/15/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 04/15/14 | J | A | |
| 376. | | | | | Sold (part) | 02/02/15 | J | A | |
| 377. Bayer Ag Namen-Akt | A | Dividend | J | T | Buy (add'l) | 01/06/15 | J | | |
| 378. | | | | | Sold (part) | 10/14/14 | J | C | |
| 379. BCE Inc | A | Dividend | J | T | Buy | 03/31/14 | J | | |
| 380. | | | | | Sold (part) | 10/10/14 | J | | |
| 381. | | | | | Sold (part) | 02/18/15 | J | A | |
| 382. BHP Billiton Limited | A | Dividend | J | T | Buy (add'l) | 01/05/15 | J | | |
| 383. | | | | | Sold (part) | 12/02/14 | J | | |
| 384. | | | | | Buy (add'l) | 05/18/15 | J | | |
| 385. BNP Paribas | A | Dividend | J | T | Buy (add'l) | 01/05/15 | J | | |
| 386. | | | | | Buy | 01/14/14 | J | | |
| 387. | | | | | Sold (part) | 12/02/14 | J | | |
| 388. BOC Hong Kong | A | Dividend | J | T | Buy (add'l) | 01/06/15 | J | | |
| 389. | | | | | Sold (part) | 05/07/14 | J | | |
| 390. British Amn Tobaco Spadr | B | Dividend | J | T | Sold (part) | 10/10/14 | J | A | |
| 391. | | | | | Sold (part) | 02/02/15 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. CNOOC Ltd | A | Dividend | J | T | Buy (add'l) | 01/05/15 | J | | |
| 393. | | | | | Buy | 08/29/14 | J | | |
| 394. | | | | | Sold (part) | 12/02/14 | J | | |
| 395. | | | | | Buy | 05/18/15 | J | | |
| 396. Canadian Oil Sands Ltd | A | Dividend | | | Sold | 12/01/14 | J | | |
| 397. | | | | | Buy (add'l) | 05/02/14 | J | | |
| 398. | | | | | Sold | 12/01/14 | J | | |
| 399. Deutsche Post Ag | | None | J | T | Buy (add'l) | 01/05/15 | J | | |
| 400. | | | | | Buy (add'l) | 05/28/14 | J | | |
| 401. | | | | | Sold (part) | 05/28/14 | J | | |
| 402. | | | | | Sold (part) | 03/27/14 | J | D | |
| 403. | | | | | Sold (part) | 02/19/15 | J | A | |
| 404. Deutsche Telekom AG-REG | A | Dividend | J | T | Sold (part) | 05/28/14 | J | A | |
| 405. | | | | | Sold (part) | 10/10/14 | J | A | |
| 406. | | | | | Sold (part) | 06/17/15 | J | | |
| 407. | | | | | Buy (add'l) | 05/22/15 | J | | |
| 408. | | | | | Sold (part) | 02/18/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. (X)Engie | A | Dividend | J | T | | | | | |
| 410. GDF Suez | A | Dividend | | | Sold | 10/14/14 | J | A | |
| 411. Glaxosmithkline New | B | Dividend | J | T | Buy (add'l) | 02/11/14 | J | | |
| 412. | | | | | Sold (part) | 10/14/14 | J | A | |
| 413. | | | | | Sold (part) | 02/19/15 | J | A | |
| 414. Honda Motors Ltd 7267 | | None | J | T | Buy | 03/03/15 | J | | |
| 415. HSBC Hldg Plc | B | Dividend | J | T | Sold (part) | 10/13/14 | J | A | |
| 416. | | | | | Sold (part) | 03/03/15 | J | A | |
| 417. Imperial Tobacco Grp | A | Dividend | K | T | Buy (add'l) | 02/11/14 | J | | |
| 418. | | | | | Sold (part) | 02/19/15 | J | A | |
| 419. (X) Indivior PLC Shs | | None | | | Sold | 02/10/15 | J | A | |
| 420. iShares MSCI ACWI | A | Dividend | | | Buy | 12/03/14 | L | | |
| 421. | | | | | Sold | 01/02/15 | K | | |
| 422. Japan Tobacco Inc 2914 | | None | J | T | Buy | 10/28/14 | J | | |
| 423. Kirin Brewery 2503 | A | Dividend | | | Sold (part) | 10/10/14 | J | | |
| 424. | | | | | Buy (add'l) | 01/05/15 | J | | |
| 425. | | | | | Sold | 07/27/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fuller, Mark E. | 12/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Lukoil Sponsored ADR | A | Dividend | | | Sold | 12/01/14 | J | | |
| 427. Manulife Financial Corp | A | Dividend | J | T | Buy (add'l) | 01/05/15 | J | | |
| 428. | | | | | Sold (part) | 10/10/14 | J | A | |
| 429. | | | | | Sold (part) | 02/18/15 | J | A | |
| 430. Michelin B | | None | J | T | Buy | 03/19/15 | J | | |
| 431. Mtn Group Ltd | A | Dividend | J | T | Buy (add'l) | 05/15/15 | J | | |
| 432. | | | | | Sold (part) | 10/10/14 | J | A | |
| 433. Munich Re-Ins Regd | A | Dividend | J | T | Sold (part) | 10/14/14 | J | A | |
| 434. | | | | | Sold (part) | 02/19/15 | J | A | |
| 435. Nestle Sa Cham Und Veve | A | Dividend | J | T | Sold (part) | 10/14/14 | J | A | |
| 436. | | | | | Sold (part) | 02/19/15 | J | A | |
| 437. Nippon Tel & Tel 9432 | A | Dividend | K | T | Sold (part) | 10/01/14 | J | A | |
| 438. | | | | | Sold (part) | 02/19/15 | J | A | |
| 439. North Atlantic Drilling | A | Dividend | | | Buy (add'l) | 05/28/14 | J | | |
| 440. | | | | | Sold (part) | 12/01/14 | J | | |
| 441. | | | | | Sold | 12/01/14 | J | | |
| 442. Novartis Adr | A | Dividend | J | T | Sold (part) | 10/10/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 30 of 54

Name of Person Reporting

Fuller, Mark E.

Date of Report

12/11/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold (part) | 02/18/15 | J | B | |
| 444.  Orkla Asa Cl A | A | Dividend | J | T | Buy (add'l) | 02/12/14 | J | | |
| 445. | | | | | Buy | 02/11/14 | J | | |
| 446. | | | | | Sold (part) | 10/10/14 | J | A | |
| 447. | | | | | Sold (part) | 02/18/15 | J | A | |
| 448.  Reckitt Benckiser Group | A | Dividend | | | Sold (part) | 10/14/14 | J | B | |
| 449. | | | | | Sold | 03/27/15 | J | B | |
| 450.  Rexam Plc Shs | A | Dividend | J | T | Buy (add'l) | 01/15/15 | J | | |
| 451. | | | | | Buy | 05/28/14 | J | | |
| 452. | | | | | Sold (part) | 02/19/15 | J | A | |
| 453. | | | | | Buy (add'l) | 01/05/15 | J | | |
| 454.  Rexam Plc Non Cum Red Pr | A | Dividend | | | Sold | 12/02/14 | J | | |
| 455.  Riocan RL Est Inv Tr Ont | A | Dividend | J | T | Sold (part) | 01/26/15 | J | | |
| 456. | | | | | Buy | 05/28/14 | J | | |
| 457.  Roche Holdings Genush Fn | A | Dividend | J | T | | | | | |
| 458.  Roy Dut Shell Plc B Lon | A | Dividend | J | T | Buy (add'l) | 01/05/15 | J | | |
| 459. | | | | | Sold (part) | 10/14/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 31 of 54

Name of Person Reporting

Fuller, Mark E.

Date of Report

12/11/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold (part) | 02/19/15 | J | | |
| 461. RTL Group (Brussels LST) | B | Dividend | J | T | Buy (add'l) | 01/06/15 | J | | |
| 462. | | | | | Sold (part) | 01/03/14 | J | B | |
| 463. | | | | | Sold (part) | 10/28/14 | J | A | |
| 464. Sanofi | B | Dividend | J | T | Buy (add'l) | 05/18/15 | J | | |
| 465. | | | | | Sold (part) | 10/14/14 | J | A | |
| 466. | | | | | Sold (part) | 02/19/15 | J | A | |
| 467. Siemens Ag Germ | A | Dividend | J | T | Sold (part) | 03/27/14 | J | B | |
| 468. | | | | | Sold (part) | 02/09/15 | J | A | |
| 469. Singapore Telecomm Lt Ad | A | Dividend | J | T | Sold (part) | 10/10/14 | J | A | |
| 470. | | | | | Sold (part) | 02/02/15 | J | A | |
| 471. Smiths Group Plc, London | A | Dividend | J | T | Sold (part) | 10/14/14 | J | B | |
| 472. Sonic Healthcare Ltd | A | Dividend | J | T | Sold (part) | 10/13/14 | J | A | |
| 473. | | | | | Sold (part) | 02/19/15 | J | A | |
| 474. South 32 Ltd Shs | | None | J | T | Buy | 05/28/15 | J | | |
| 475. SSE PLC | B | Dividend | J | T | Buy | 03/27/14 | J | | |
| 476. | | | | | Sold (part) | 10/14/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 32 of 54

Name of Person Reporting

Fuller, Mark E.

Date of Report

12/11/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477.  Statoil Asa | A | Dividend | J | T | Buy (add'l) | 01/05/15 | J | | |
| 478. | | | | | Buy | 03/27/14 | J | | |
| 479. | | | | | Sold (part) | 12/02/14 | J | | |
| 480. | | | | | Sold (part) | 12/02/14 | J | | |
| 481.  Taiwan S Manufctring Adr | A | Dividend | | | Sold | 10/27/14 | J | A | |
| 482.  PT Telekomunikasi Indone | A | Dividend | J | T | Sold (part) | 10/13/14 | J | A | |
| 483.  Tesco Plc 5P | A | Dividend | | | Sold (part) | 03/31/14 | J | | |
| 484. | | | | | Sold | 09/05/14 | J | | |
| 485.  Total S.A. Sp Adr | B | Dividend | J | T | Sold (part) | 10/10/14 | J | B | |
| 486. | | | | | Sold (part) | 03/30/15 | J | A | |
| 487.  UBS Group Ag Namen - AKT | | None | J | T | Buy | 03/30/15 | J | | |
| 488.  Unilever NV NY Reg Shs | A | Dividend | J | T | Sold (part) | 10/10/14 | J | A | |
| 489. | | | | | Sold (part) | 02/02/15 | J | A | |
| 490.  Untd Overseas Bk Spn Adr | A | Dividend | J | T | Sold (part) | 10/10/14 | J | A | |
| 491. | | | | | Sold (part) | 02/02/15 | J | A | |
| 492.  Verizon Communications Comm | D | Dividend | | | Buy (add'l) | 02/27/14 | J | | |
| 493. | | | | | Sold | 02/27/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 54

**Name of Person Reporting**

Fuller, Mark E.

**Date of Report**

12/11/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. Vodafone Grop Plc Sp Adr | C | Dividend | J | T | Buy | 01/02/15 | J | | |
| 495. | | | | | Sold (part) | 03/19/14 | J | | |
| 496. | | | | | Sold (part) | 12/01/14 | J | | |
| 497. | | | | | Sold (part) | 02/18/15 | J | | |
| 498. Zurich Insurance Group | B | Dividend | J | T | Sold (part) | 03/30/15 | J | B | |
| 499. Merrill Lynch Bank Deposit #8 | | None | J | T | | | | | |
| 500. Aberdeen Global High | B | Dividend | | | Sold (part) | 09/29/14 | J | | |
| 501. | | | | | Buy (add'l) | 12/22/14 | J | | |
| 502. | | | | | Sold (part) | 09/29/14 | J | | |
| 503. | | | | | Sold | 05/22/15 | K | | |
| 504. Angel Oak Multi Strategy | C | Dividend | K | T | Sold (part) | 09/29/14 | J | A | |
| 505. | | | | | Sold (part) | 09/29/14 | J | A | |
| 506. | | | | | Sold (part) | 07/09/15 | J | A | |
| 507. Blackrock Global Long | A | Dividend | K | T | Sold (part) | 09/29/14 | J | A | |
| 508. | | | | | Sold (part) | 07/09/15 | J | | |
| 509. First Eagle High Yield | B | Dividend | K | T | Sold (part) | 09/29/14 | J | | |
| 510. | | | | | Sold (part) | 09/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 54

Name of Person Reporting

Fuller, Mark E.

Date of Report

12/11/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Sold (part) | 07/09/15 | J | | |
| 512. Goldman Sachs Strategic | B | Dividend | | | Sold (part) | 09/29/14 | J | A | |
| 513. | | | | | Sold | 05/22/15 | K | | |
| 514. Henderson Strategic Income Fund CU | A | Dividend | K | T | Buy | 04/28/15 | K | | |
| 515. | | | | | Sold (part) | 07/09/15 | J | | |
| 516. JP Morgan Strategic | A | Dividend | | | Sold (part) | 09/29/14 | J | | |
| 517. | | | | | Sold (part) | 09/29/14 | J | | |
| 518. | | | | | Sold | 05/22/15 | K | | |
| 519. Leader Short Term Bond | A | Dividend | K | T | Buy | 04/28/15 | K | | |
| 520. | | | | | Sold (part) | 07/09/15 | J | | |
| 521. Loomis Sayles Bond Fd | C | Dividend | K | T | Sold (part) | 09/29/14 | J | A | |
| 522. | | | | | Sold (part) | 09/29/14 | J | A | |
| 523. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 524. | | | | | Sold (part) | 07/09/15 | J | | |
| 525. | | | | | Sold (part) | 01/15/15 | J | | |
| 526. Lord Abbett Floating | B | Dividend | | | Sold (part) | 09/29/14 | J | | |
| 527. | | | | | Sold (part) | 09/29/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 54

Name of Person Reporting

Fuller, Mark E.

Date of Report

12/11/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Sold | 04/28/15 | K | | |
| 529.  Mainstay Unconstrained | A | Dividend | K | T | Buy | 04/28/15 | K | | |
| 530. | | | | | Sold (part) | 07/09/15 | J | | |
| 531.  MFS Emerging Markets | A | Dividend | | | Sold (part) | 09/29/14 | J | A | |
| 532. | | | | | Sold | 05/22/15 | K | | |
| 533.  MFS Emerging MKTS Debt | B | Dividend | | | Sold | 01/15/15 | J | | |
| 534.  RS Floating Rate Fund | B | Dividend | | | Sold (part) | 09/29/14 | J | | |
| 535. | | | | | Sold (part) | 09/29/14 | J | | |
| 536. | | | | | Sold | 05/22/15 | K | | |
| 537.  TCW Emerging Markets | A | Dividend | | | Sold (part) | 09/29/14 | J | | |
| 538. | | | | | Sold | 05/22/15 | K | | |
| 539.  Templeton Global Total | C | Dividend | | | Buy (add'l) | 12/17/14 | J | | |
| 540. | | | | | Sold (part) | 01/15/15 | J | | |
| 541. | | | | | Sold | 05/22/15 | K | | |
| 542.  Van Eck Unconstr Emer | B | Dividend | K | T | Buy | 04/28/15 | K | | |
| 543. | | | | | Sold (part) | 07/09/15 | J | | |
| 544.  WA Core Plus Bond I | B | Dividend | L | T | Buy | 04/28/15 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 54

Name of Person Reporting

Fuller, Mark E.

Date of Report

12/11/2015

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. Western Asset Middle Mkt | D | Dividend | | | Sold | 07/09/15 | J | | |
| 546. (Y)OZDPII Access LLC | | | | | | | | | |
| 547. Paloma Access LLC | C | Int./Div. | M | U | | | | | |
| 548. Templeton Glbl Bond Fund Adv CL | | None | | | Sold | 09/29/14 | J | | |
| 549. Merrill Lynch Bank Deposit #9 | | None | J | T | | | | | |
| 550. Alliance hldgs Gp LP | C | Dividend | K | T | Buy (add'l) | 04/07/15 | J | | |
| 551. Boardwalk Pipeline Ptnrs | | None | | | Sold | 02/10/14 | J | | |
| 552. Cedar Fair Dep Unt Lp | C | Dividend | K | T | | | | | |
| 553. Centerpoint Energy Inc | A | Dividend | | | Sold | 04/06/15 | K | A | |
| 554. Columbia Pipeline Group | A | Dividend | J | T | Buy | 04/06/15 | J | | |
| 555. Crestwood Equity Partners | B | Dividend | | | Sold (part) | 11/26/14 | K | | |
| 556. | | | | | Buy (add'l) | 12/30/14 | K | | |
| 557. | | | | | Sold | 07/09/15 | J | | |
| 558. Crestwood Midstream Partners LP New | C | Dividend | J | T | Buy (add'l) | 01/12/15 | J | | |
| 559. | | | | | Sold (part) | 05/29/14 | J | | |
| 560. Energy Transfer Equity L | C | Dividend | L | T | Sold (part) | 10/10/14 | K | E | |
| 561. | | | | | Sold (part) | 07/09/15 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting: **Fuller, Mark E.**

Date of Report: 12/11/2015

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Energy Transfer Ptnrs LP | C | Dividend | K | T | | | | | |
| 563. Enterprise Prdts Prtn LP | C | Dividend | K | T | | | | | |
| 564. Nexterra Energy Inc Shs | A | Dividend | K | T | Buy | 03/05/15 | K | | |
| 565. Nisource Inc | A | Dividend | J | T | Buy | 04/06/15 | J | | |
| 566. NGL Energy Partners LP | B | Dividend | | | Sold | 06/25/15 | K | A | |
| 567. Oneok Inc (Oklahoma) | C | Dividend | K | T | | | | | |
| 568. One Gas Inc | A | Dividend | | | Sold | 08/26/14 | J | B | |
| 569. | | | | | Spinoff (from line 567) | 01/31/14 | J | | |
| 570. Regency Energy Partners | D | Dividend | | | Sold | 10/10/14 | K | | |
| 571. Sempra Energy | A | Dividend | K | T | Buy | 03/28/14 | J | | |
| 572. Spectra Energy Partners | B | Dividend | K | T | Sold (part) | 10/10/14 | J | C | |
| 573. Suburban Propane | C | Dividend | J | T | Sold (part) | 07/09/15 | K | D | |
| 574. Teekay Lng Partners | C | Dividend | J | T | Buy (add'l) | 01/08/15 | J | | |
| 575. Teekay Offshore Partners | C | Dividend | J | T | | | | | |
| 576. Western Gas Partners LP | C | Dividend | K | T | Sold (part) | 09/29/14 | J | C | |
| 577. Williams Companies Del | C | Dividend | K | T | | | | | |
| 578. PVR Partners LP | B | Dividend | | | Sold | 10/10/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. Merrill Lynch Bank Deposit #10 | A | Interest | J | T | | | | | |
| 580. DB X-Trackers MSCI EAFE | C | Dividend | K | T | Sold (part) | 04/29/15 | J | A | |
| 581. DWS Rreef Global Infrast/Deutsche Global Infrastructure Fund Cl S | B | Dividend | K | T | Buy (add'l) | 03/25/15 | J | | |
| 582. | | | | | Sold (part) | 04/09/15 | J | A | |
| 583. Fairholme Fund | B | Dividend | K | T | Sold (part) | 04/09/15 | J | A | |
| 584. First Eagle | C | Dividend | K | T | Sold (part) | 04/09/15 | J | A | |
| 585. Invesco Developing | B | Dividend | J | T | Sold (part) | 06/24/15 | K | | |
| 586. IShares MSCI Turkey Inde | A | Dividend | | | Sold | 06/24/15 | J | | |
| 587. Kinetics Paradigm Fund | | None | K | T | Sold (part) | 04/09/15 | J | B | |
| 588. Lateef fund Cl I | B | Dividend | K | T | Sold (part) | 04/09/15 | J | A | |
| 589. Lord Abbett Emerging | A | Dividend | K | T | Sold (part) | 04/09/15 | J | | |
| 590. Mainstay Marketfield | | None | K | T | Sold (part) | 04/09/15 | J | A | |
| 591. Matthews Pacific Tiger F | B | Dividend | K | T | Sold (part) | 04/09/15 | J | A | |
| 592. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 593. Permanent Portfolio Fund | B | Dividend | K | T | Buy (add'l) | 12/10/14 | J | | |
| 594. | | | | | Sold (part) | 04/09/15 | J | | |
| 595. RS Global Natural | A | Dividend | J | T | Sold (part) | 04/09/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 597. Templeton Emerging Mrkts | A | Dividend | K | T | Sold (part) | 04/09/15 | J | A | |
| 598. | | | | | Buy (add'l) | 12/12/14 | J | | |
| 599. | | | | | Sold (part) | 04/09/15 | J | A | |
| 600. The Oak Mark Intl Fund | C | Dividend | K | T | Sold (part) | 04/09/15 | J | A | |
| 601. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 602. Touchstone Sands Capital | B | Dividend | K | T | | | | | |
| 603. Van Eck Global Hard | A | Dividend | J | T | Buy (add'l) | 12/23/14 | J | | |
| 604. | | | | | Sold (part) | 04/09/15 | J | | |
| 605. Wisdomtree Trust Japan | B | Dividend | K | T | Sold (part) | 04/09/15 | J | A | |
| 606. Yacktman Focused Fund | B | Dividend | K | T | Sold (part) | 04/09/15 | J | A | |
| 607. Western Asset Middle Market | C | Dividend | M | T | | | | | |
| 608. Jones Lang LaSalle | D | Distribution | M | T | | | | | |
| 609. OZD PII Access (Transferred from another account) | D | Distribution | M | T | | | | | |
| 610. Merrill Lynch Bank Deposit #10 | A | Interest | N | T | | | | | |
| 611. (X)ServisFirst Bancshares Inc | C | Dividend | O | T | | | | | |
| 612. (Y)Call SPXQ (Broad Based Index Options) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. (Y)PUT SPXQ (Broad Based Index Options) | | | | | | | | | |
| 614. Call & Put Broad Based Index Options | | None | | | Sold | 07/31/15 | P1 | E | |
| 615. | | None | | | Buy | 02/03/14 | P1 | | |
| 616. Put SPXW (Broad Based Index Options) | | None | J | T | Buy | 07/16/15 | J | | |
| 617. Call SPXW (Broad Based Index Options) | | None | J | T | Buy | 07/27/15 | J | | |
| 618. Put SPXW (Broad Based Index Options) | | None | J | T | Buy | 07/27/15 | J | | |
| 619. Merrill Lynch Bank Deposit Program #11 | A | Interest | J | T | | | | | |
| 620. Aston/Montag & Caldwell | E | Dividend | L | T | Sold (part) | 10/10/14 | J | B | |
| 621. | | | | | Sold (part) | 06/25/15 | K | | |
| 622. Columbia Select Large | E | Dividend | L | T | Sold (part) | 10/10/14 | J | | |
| 623. | | | | | Sold (part) | 06/25/15 | K | A | |
| 624. iShares Russell 1000 | A | Dividend | K | T | Sold (part) | 10/10/14 | J | A | |
| 625. | | | | | Sold (part) | 06/25/15 | J | B | |
| 626. Mainstay Large Cap | D | Dividend | M | T | Sold (part) | 10/10/14 | K | C | |
| 627. | | | | | Sold (part) | 06/25/15 | K | D | |
| 628. TCW Select | B | Dividend | L | T | Sold (part) | 10/10/14 | J | A | |
| 629. | | | | | Sold (part) | 06/25/15 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. Merrill Lynch Bank Deposit #12 | A | Interest | J | T | | | | | |
| 631. American Century | A | Dividend | K | T | Sold (part) | 07/09/15 | J | | |
| 632. iShares Intl Developed | B | Dividend | K | T | Buy (add'l) | 01/02/15 | K | | |
| 633. | | | | | Sold (part) | 11/19/14 | K | | |
| 634. | | | | | Buy | 03/04/14 | J | | |
| 635. | | | | | Buy (add'l) | 01/02/15 | J | | |
| 636. | | | | | Sold (part) | 07/09/15 | J | | |
| 637. Nuveen Real Estate | C | Dividend | K | T | Sold (part) | 07/09/15 | J | A | |
| 638. Pimco Commodity Real | A | Dividend | K | T | Buy (add'l) | 01/06/15 | K | | |
| 639. | | | | | Buy (add'l) | 03/03/14 | J | | |
| 640. | | | | | Sold (part) | 11/19/14 | K | | |
| 641. | | | | | Sold (part) | 11/19/14 | J | | |
| 642. | | | | | Sold (part) | 07/09/15 | J | | |
| 643. Prudential Global Real | B | Dividend | K | T | Sold (part) | 07/09/15 | J | B | |
| 644. SPDR DJ Wilshire Global | A | Dividend | | | Buy | 11/19/14 | K | | |
| 645. | | | | | Sold | 01/02/15 | K | A | |
| 646. Merrill Lynch Bank Deposit #13 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. Advent Software Inc | A | Dividend | | | Sold (part) | 01/13/14 | J | A | |
| 648. | | | | | Sold (part) | 10/10/14 | J | A | |
| 649. | | | | | Sold | 07/09/15 | J | C | |
| 650. Albemarle Corp Comm | A | Dividend | | | Sold (part) | 01/13/14 | J | A | |
| 651. | | | | | Sold | 10/10/14 | J | | |
| 652. Alexander & Baldwin Inc. | A | Dividend | J | T | Buy (add'l) | 07/28/15 | J | | |
| 653. | | | | | Sold (part) | 01/13/14 | J | | |
| 654. | | | | | Sold (part) | 10/10/14 | J | | |
| 655. | | | | | Sold (part) | 06/25/15 | J | A | |
| 656. Alleghany Corp Del Comm | | None | | | Sold | 01/15/14 | J | | |
| 657. (X) Alliance Data Sys Corp | | None | | | Sold | 12/17/14 | J | A | |
| 658. Alliant Techsystems Inc/Orbital ATK Inc | A | Dividend | K | T | Buy (add'l) | 01/15/14 | J | | |
| 659. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 660. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 661. | | | | | Buy (add'l) | 07/02/14 | J | | |
| 662. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 663. | | | | | Buy (add'l) | 12/18/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 665. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 666. | | | | | Sold (part) | 01/13/14 | J | A | |
| 667. | | | | | Sold (part) | 10/10/14 | J | A | |
| 668. | | | | | Sold (part) | 01/30/15 | J | A | |
| 669. | | | | | Sold (part) | 06/25/15 | J | A | |
| 670. Alliant Techsystems Inc/Vista Outdoor Inc | None | | J | T | Buy (add'l) | 01/15/14 | J | | |
| 671. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 672. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 673. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 674. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 675. | | | | | Sold (part) | 06/25/15 | J | A | |
| 676. Amer Eagle Outfitters | A | Dividend | J | T | Buy (add'l) | 07/28/15 | J | | |
| 677. | | | | | Sold (part) | 01/13/14 | J | | |
| 678. | | | | | Sold (part) | 10/10/14 | J | | |
| 679. | | | | | Sold (part) | 06/25/15 | J | A | |
| 680. Atwood Oceanics Inc | A | Dividend | J | T | Buy (add'l) | 01/02/15 | J | | |

1. Income Gain Codes: A =$1,000 or less B =$1,001 - $2,500 C =$2,501 - $5,000 D =$5,001 - $15,000 E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000 G =$100,001 - $1,000,000 H1 =$1,000,001 - $5,000,000 H2 =More than $5,000,000
2. Value Codes J =$15,000 or less K =$15,001 - $50,000 L =$50,001 - $100,000 M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000 O =$500,001 - $1,000,000 P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal R =Cost (Real Estate Only) S =Assessment T =Cash Market
(See Column C2) U =Book Value V =Other W =Estimated

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Buy (add'l) | 02/18/15 | J | | |
| 682. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 683. | | | | | Buy (add'l) | 10/30/14 | J | | |
| 684. | | | | | Sold (part) | 12/01/14 | J | | |
| 685. | | | | | Sold (part) | 12/01/14 | J | | |
| 686. | | | | | Sold (part) | 06/25/15 | J | A | |
| 687. Cabelas Inc | | None | J | T | Buy (add'l) | 01/02/15 | J | | |
| 688. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 689. | | | | | Sold (part) | 12/01/14 | J | | |
| 690. | | | | | Sold (part) | 12/01/14 | J | | |
| 691. | | | | | Sold (part) | 06/25/15 | J | A | |
| 692. Columbia Sportswear Co | A | Dividend | | | Sold | 10/31/14 | J | B | |
| 693. (X)Conversant Inc | | None | | | Sold | 12/12/14 | J | C | |
| 694. Corrections Corp of Amer | B | Dividend | J | T | Buy (add'l) | 02/23/15 | J | | |
| 695. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 696. | | | | | Sold (part) | 10/10/14 | J | A | |
| 697. | | | | | Sold (part) | 06/25/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. Dana Hldg Corp | A | Dividend | J | T | Buy (add'l) | 01/02/15 | J | | |
| 699. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 700. | | | | | Buy | 07/17/14 | J | | |
| 701. | | | | | Sold (part) | 12/01/14 | J | | |
| 702. | | | | | Sold (part) | 06/25/15 | J | A | |
| 703. Deckers Outdoors Corp | | None | J | T | Buy (add'l) | 07/28/15 | J | | |
| 704. | | | | | Sold (part) | 10/10/14 | J | B | |
| 705. | | | | | Sold (part) | 06/25/15 | J | A | |
| 706. DST Systems Inc Del | A | Dividend | J | T | Buy | 07/23/15 | J | | |
| 707. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 708. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 709. Eaton Vance Corp Invt | A | Dividend | J | T | Buy (add'l) | 07/28/15 | J | | |
| 710. | | | | | Sold (part) | 07/18/14 | J | | |
| 711. | | | | | Sold (part) | 10/10/14 | J | | |
| 712. | | | | | Sold (part) | 06/25/15 | J | | |
| 713. Energizer Hldgs Inc Com | | None | | | Sold | 01/15/14 | J | A | |
| 714. Exelis Inc Shs | | None | | | Buy | 10/30/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**      Name of Person Reporting      Date of Report

Fuller, Mark E.

12/11/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Sold | 06/01/15 | K | C | |
| 716. First Indl Realty Tr Inc | A | Dividend | J | T | Buy (add'l) | 02/23/15 | J | | |
| 717. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 718. | | | | | Sold (part) | 01/13/14 | J | A | |
| 719. | | | | | Sold (part) | 10/10/14 | J | A | |
| 720. | | | | | Sold (part) | 06/25/15 | J | A | |
| 721. Gatx Corporation | A | Dividend | J | T | Buy | 07/24/15 | J | | |
| 722. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 723. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 724. Harris Corp Del | | None | | | Buy | 06/02/15 | J | | |
| 725. | | | | | Sold | 07/24/15 | J | A | |
| 726. Hatteras Finl Corp | | None | | | Sold | 01/16/14 | J | A | |
| 727. Kaman Corp Com | A | Dividend | J | T | Buy (add'l) | 07/28/15 | J | | |
| 728. | | | | | Sold (part) | 01/13/14 | J | A | |
| 729. | | | | | Sold (part) | 10/10/14 | J | A | |
| 730. | | | | | Sold (part) | 06/25/15 | J | A | |
| 731. Martin Marietta Matls | A | Dividend | | | Sold | 07/02/14 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. Matson Inc | A | Dividend | J | T | Buy (add'l) | 07/28/15 | J | | |
| 733. | | | | | Sold (part) | 10/10/14 | J | | |
| 734. | | | | | Sold (part) | 06/25/15 | J | A | |
| 735. Mbia Inc | | None | J | T | Buy (add'l) | 07/28/15 | J | | |
| 736. | | | | | Sold (part) | 10/10/14 | J | | |
| 737. | | | | | Sold (part) | 06/25/15 | J | | |
| 738. Micrel Inc | A | Dividend | | | Sold | 09/10/14 | J | A | |
| 739. | | | | | Sold (part) | 09/09/14 | J | A | |
| 740. Montpelier Re Hldgs Ltd | A | Dividend | J | T | Buy (add'l) | 07/28/15 | J | | |
| 741. | | | | | Sold (part) | 10/10/14 | J | A | |
| 742. | | | | | Sold (part) | 06/25/15 | J | A | |
| 743. MRC Global | | None | J | T | Buy (add'l) | 01/02/15 | J | | |
| 744. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 745. | | | | | Buy | 01/15/14 | J | | |
| 746. | | | | | Sold (part) | 12/01/14 | J | | |
| 747. | | | | | Sold (part) | 06/25/15 | J | | |
| 748. Newmarket Corp | A | Dividend | K | T | Buy (add'l) | 07/28/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. | | | | | Sold (part) | 10/10/14 | J | A | |
| 750. Nu Skin Enterprs A $.001 | | None | | | Sold | 01/15/14 | K | D | |
| 751. Old Dominion Fght Lines | | None | | | Sold (part) | 01/13/14 | J | A | |
| 752. | | | | | Sold (part) | 10/10/14 | J | B | |
| 753. | | | | | Sold | 05/11/15 | K | D | |
| 754. Olin Corp $1 New | A | Dividend | J | T | Buy (add'l) | 01/02/15 | J | | |
| 755. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 756. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 757. | | | | | Buy | 01/15/14 | K | | |
| 758. | | | | | Sold (part) | 12/01/14 | J | | |
| 759. | | | | | Sold (part) | 06/25/15 | J | A | |
| 760. Orbital Sciences Corp | | None | | | Buy | 06/30/14 | J | | |
| 761. | | | | | Sold (part) | 10/10/14 | J | | |
| 762. | | | | | Sold | 01/13/15 | J | | |
| 763. Pricesmart Inc | A | Dividend | J | T | Buy (add'l) | 07/28/15 | J | | |
| 764. | | | | | Sold (part) | 01/13/14 | J | A | |
| 765. | | | | | Sold (part) | 10/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Sold (part) | 06/25/15 | J | | |
| 767. Ritchie Bros Auctioneers | A | Dividend | J | T | Buy (add'l) | 07/28/15 | J | | |
| 768. | | | | | Sold (part) | 01/13/14 | J | A | |
| 769. | | | | | Sold (part) | 10/10/14 | J | A | |
| 770. | | | | | Sold (part) | 06/25/15 | J | A | |
| 771. Service Corp Intl | A | Dividend | K | T | Buy (add'l) | 01/15/14 | J | | |
| 772. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 773. | | | | | Sold (part) | 10/10/14 | J | A | |
| 774. | | | | | Sold (part) | 06/25/15 | J | A | |
| 775. Sturm Ruger & Co Inc | A | Dividend | J | T | Buy | 01/02/15 | J | | |
| 776. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 777. | | | | | Sold (part) | 01/13/14 | J | A | |
| 778. | | | | | Sold (part) | 12/01/14 | J | | |
| 779. | | | | | Sold (part) | 06/25/15 | J | A | |
| 780. Superior Energy Svcs Inc | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 781. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 782. | | | | | Sold (part) | 06/25/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Fuller, Mark E.

12/11/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. Tejon Ranch Co Pv 0.50 | | None | J | T | Buy (add'l) | 07/28/15 | J | | |
| 784. | | | | | Sold (part) | 10/10/14 | J | | |
| 785. | | | | | Sold (part) | 06/25/15 | J | | |
| 786. Tempur Sealy Intl Inc | | None | K | T | Buy (add'l) | 07/28/15 | J | | |
| 787. | | | | | Sold (part) | 10/10/14 | J | A | |
| 788. | | | | | Sold (part) | 06/25/15 | J | A | |
| 789. Tenet Healthcare Corp | | None | K | T | Buy (add'l) | 01/15/14 | J | | |
| 790. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 791. | | | | | Sold (part) | 01/13/14 | J | A | |
| 792. | | | | | Sold (part) | 10/10/14 | J | A | |
| 793. | | | | | Sold (part) | 06/25/15 | J | A | |
| 794. Tredegar Corp Virginia | A | Dividend | J | T | Buy | 01/02/15 | J | | |
| 795. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 796. | | | | | Sold (part) | 12/01/14 | J | | |
| 797. | | | | | Sold (part) | 12/01/14 | J | | |
| 798. | | | | | Sold (part) | 06/25/15 | J | | |
| 799. USG Corp Com New | | None | J | T | Buy | 05/08/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Buy (add'l) | 05/11/15 | J | | |
| 801. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 802. | | | | | Sold (part) | 06/25/15 | J | A | |
| 803. Valueclick Inc Del Com | | None | | | Sold | 01/13/14 | J | | |
| 804. Waddell & Reed Finl A | A | Dividend | J | T | Buy | 02/23/15 | J | | |
| 805. | | | | | Buy (add'l) | 02/24/15 | J | | |
| 806. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 807. | | | | | Sold (part) | 06/25/15 | J | | |
| 808. White Mtns Ins Grp Ltd | A | Dividend | J | T | Sold (part) | 10/10/14 | J | A | |
| 809. | | | | | Sold (part) | 02/17/15 | J | A | |
| 810. World Fuel Services Corp | A | Dividend | J | T | Buy (add'l) | 07/28/15 | J | | |
| 811. | | | | | Sold (part) | 01/13/14 | J | A | |
| 812. | | | | | Sold (part) | 10/10/14 | J | | |
| 813. WT08 16TEJON Ranch Wt | | None | J | T | | | | | |
| 814. iShares TR Russell 2000 | A | Dividend | | | Buy | 12/01/14 | L | | |
| 815. | | | | | Sold | 01/02/15 | L | B | |
| 816. Diamond DA-40 180 N313AF | | None | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817.  New Money Ser SPGC | | None | | | Buy | 11/19/14 | K | | |
| 818. | | | | | Sold | 01/02/15 | K | | |
| 819.  (X) John Galt Properties, LLC | | None | K | U | Open | 01/01/14 | K | | |
| 820. | | | | | | | | | |
| 821. | | | | | | | | | |
| 822. | | | | | | | | | |
| 823. | | | | | | | | | |
| 824. | | | | | | | | | |
| 825. | | | | | | | | | |
| 826. | | | | | | | | | |
| 827. | | | | | | | | | |
| 828. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 6-9 on the 2012 report are not repeated on this report as the ▮▮▮ no longer ▮▮▮▮▮▮ .

During the year 2013, I traded in Broad Based Index Options. The sum of these trades for the year is reported on line 772 and 773. The trades resulted in a loss.

Additional explanations in response to November 27, 2015 request:

Lines 10-12 of this report are Whole Life Insurance Policies. Column A has been amended to reflect.

The investment in Line 611 was owned at 12/31/13 but was moved into a Merril Lynch account therefore the line was moved to correspond with the account held in. Line 15 was marked with a (Y) which was the line that the asset was previously reported on.

The investment reported on Line 350 was sold during the year. Please see line 352 which reports the date that the final assets are sold.

The investment reported on Line 499 of the prior (2013) report is now reported with "Kinder Morgan Management" and is reported on Line 321 of this report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark E. Fuller**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544